NUMBER 13-02-412-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

JOHN
C. CLAUSS, JR.,                                                         Appellant,

 

                                                   v.

 

FRANK
P. DE LEON,                                                               Appellee.

____________________________________________________________________

 

                       On appeal from the County Court at Law

                                  of Kleberg County, Texas.

____________________________________________________________________

 

                          MEMORANDUM OPINION

 

                 Before Justices Rodriguez,
Castillo, and Kennedy[1]

                                       Opinion Per Curiam

 








Appellant, John
C. Clauss, Jr., perfected an appeal from a judgment entered by the County Court at Law of Kleberg County, Texas, in
cause number 02-164-C. 
The clerk=s record was filed on July 16, 2002.  No reporter=s record was filed.   Appellant=s brief was due on October 29, 2002. To date, no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On November 25, 2002,
notice was given to all parties that this appeal was subject to dismissal
pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was
given ten days to explain why the cause should not be dismissed for failure to
file a brief.  To date, no response has
been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Opinion delivered and filed

this the 16th
day of January, 2003.

 

 

 











[1]Retired
Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov=t Code
Ann. ' 74.003 (Vernon 1998).